```
1   L. Paul Mankin (SBN 264038)
2   Joseph Rocco (SBN 326862)
    Law Office of Paul Mankin, APC
3   4655 Cass St., Ste. 410
4   San Diego, CA 92109
    Phone: (800)-219-3577
5   Facsimile: (323) 207-3885
6   pmankin@paulmankin.com
    Attorney for Plaintiff
7   Garon Cockrell
8
```

UNITED STATES DISTRICT COURT
CENTAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARON COCKRELL, | Case No.: 2:21-cv-02277-VAP-MRW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| DIRECT RECOVERY SERVICES, L.L.C., and DOES 1 through 10,inclusive, | Hon.: Virginia A. Phillips<br>Court Room: 8A |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES**: PLEASE TAKE NOTICE that Plaintiff, GARON COCKRELL, an individual, and Defendant DIRECT RECOVERY SERVICES, L.L.C., ("Defendant"), have reached an agreement in principle to resolve all claims between Plaintiff and Defendant pending in this action. Plaintiff requests that this

NOTICE OF SETTLEMENT- 1

honorable Court allow (45) days for the dispositive documentation to be filed. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted,

Date: July 12, 2021                                LAW OFFICE OF PAUL MANKIN, APC

                                                                        __/s/ L. Paul Mankin_____

                                                                         L. Paul Mankin, Esq.
Attorney for Plaintiff,
GARON COCKRELL

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business Address is 4655 Cass St., Ste. 410, San Diego, Ca 92109.

On July 12, 2021, I served the following document(s) described as: **NOTICE OF SETTLEMENT** on all interested parties in this action by placing:

[X]    a true copy
[ ]    the original thereof enclosed in sealed envelope(s) addressed as follows:

| **Service List** | DEFENDANT: |
|---|---|
| Elle Gusman<br>Direct Recovery Services<br>P.O. Box 14<br>Two Harbors, MN 55616<br>egusman@directrecovery.org | DIRECT RECOVERY SERVICES, L.L.C., |

X  / (By Mail Service) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid at San Diego, California.

[]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the FedEx on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on notion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]    BY PERSONAL SERVICE

[]    I personally served the documents on Defendant at their place of business.

[X]    STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 12, 2021, at San Diego, California.

By: _____
Joseph Rocco, Esq.

NOTICE OF SETTLEMENT- 3